## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| WAYNE CULBERT BRANKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 2007-0041 |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND MARIA ARAN, DISTRICT DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES PUERTO RICO, U.S. IMMIGRATION CUSTOMS ENFORCEMENT ST. CROIX DISTRICT, ATTORNEY GENERAL, ALBERTO GONZALEZ | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

FINCH, J.

THIS MATTER comes before the Court on a Motion to Dismiss or, in the alternative, for Summary Judgment filed by Defendants. After careful consideration of the Motion to Dismiss this matter for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), or in the alternative for Summary Judgment pursuant to Fed. R. Civ. P. 56, and having had an opportunity to review the briefs of the parties, the Court being fully advised in the premises finds as follows:

This Court lacks subject matter jurisdiction of this matter, in as much as the relief sought by Plaintiff, i.e., for the Department of Homeland Security, United States Office of Citizenship and Immigration Services (CIS) to schedule an interview on Plaintiff's application for naturalization, and to render a decision on the application, has been done by CIS. CIS has not

only approved the application, but Plaintiff took his oath of naturalization as a United States citizen on June 20, 2007. Since CIS has already granted Plaintiff's request, and Plaintiff is now a United States Citizen, there is nothing for this court to determine or to compel CIS to do by way of mandamus. Defendant CIS's voluntary actions renders the relief requested in Plaintiff's complaint moot. Since there is no case or controversy before the Court, it is hereby

**ORDERED** that Defendant's Motion to Dismiss for lack of subject matter jurisdiction is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion to Deem Conceded Defendant's Motion to Dismiss is **DISMISSED**.

**ENTERED this 30th day of May, 2008.**

/s/
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**